No. 81–1504.   BECKSTROM *v.* CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 81–1520.   BAUTISTA *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 81–1527.   HALL *v.* HALL.   Sup. Ct. Ark.   Certiorari denied.

No. 81–1532.   OLIVER *v.* AMINOIL, USA, INC.   C. A. 5th Cir.   Certiorari denied.

No. 81–1540.   TANGREN ET AL. *v.* WACKENHUT SERV- ICES, INC., ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 81–1559.   VILLALTA *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 81–1584.   FRANGELLA MUSHROOM FARMS, INC., ET AL. *v.* UNITED STATES.   Ct. Cl.   Certiorari denied.

No. 81–1599.   MAHROOM *v.* MARSH, SECRETARY OF THE ARMY OF THE UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 81–1608.   COVEN *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 81–1628.   REILLY *v.* SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 7th Cir.   Certiorari denied.

No. 81–1638.   ALBERT *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 81–1648.   ANDERSON *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 81–1652.   RIDEN *v.* UNITED STATES NUCLEAR REGU- LATORY COMMISSION.   C. A. 7th Cir.   Certiorari denied.